**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 02-6510**

─────────────

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

CHARLES D. HAWKINS,

                                        Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T. S. Ellis, III, District Judge.  (CR-00-332, CA-02-15-AM)

─────────────

Submitted:  August 26, 2002          Decided:  October 8, 2002

─────────────

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Charles D. Hawkins, Appellant Pro Se.  Raymond Hulser, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles D. Hawkins seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C.A. § 2255 (2000).[*] We have reviewed the record and conclude on the reasoning of the district court that Hawkins has not made a substantial showing of the denial of a constitutional right. See United States v. Hawkins, Nos. CR-00-332; CA-02-15-AM (E.D. Va. Mar. 12, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] To the extent that Hawkins has raised new issues on appeal that were not presented to the district court, those claims are not properly before this court. Muth v. United States, 1 F.3d 246, 250 (4th Cir. 1993).

2